NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**L.C. ELDRIDGE SALES CO., LTD., LESEMAN DAVIS LLC,**
*Plaintiffs-Appellees*

v.

**JURONG SHIPYARD PTE., LTD., ATWOOD DRILLING, INC., ATWOOD OCEANICS MANAGEMENT, LP, ATWOOD OCEANICS GLOBAL LIMITED, SEADRILL AMERICAS, INC., SEADRILL US GULF LLC,**
*Defendants-Appellants*

**AZEN MANUFACTURING PTE., LTD., SEMBCORP MARINE LTD., TWIN CITY FAN COMPANIES, LTD., ZHENGZHOU FG OFFSHORE ENGINEERING & EQUIPMENT CO., LTD., FG ENGINEERING, LTD., SEMBCORP HOLDINGS, LLC, SEMBCORP-SABINE INDUSTRIES, INC., SEMBCORP-SABINE SHIPYARD, INC.,**
*Defendants*

---

2015-1143

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:11-cv-00599-MHS, Judge Michael H. Schneider.

---

# JUDGMENT

CHRISTOPHER JOHNSON, Yetter Coleman, LLP, Austin, TX, argued for plaintiffs-appellees. Also represented by THOMAS M. MORROW, MARC S. TABOLSKY, RICHARD PAUL YETTER, ERIC P. CHENOWETH, Houston, TX.

DAVID A. ALLGEYER, Lindquist & Vennum PLLP, Minneapolis, MN, argued for defendants-appellants. Also represented by CARRIE RYAN GALLIA, CHRISTOPHER R. SULLIVAN.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 17, 2015　　　　　　　　/s/ Daniel E. O'Toole
　　Date　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　Clerk of Court